Frank W. Volk, Chief Judge
United States Bankruptcy Court
Southern District of West Virginia

Dated: August 2nd, 2017

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re:

**S K TRANSPORT INC.**                                    Case No. 17-20298
                                                         Chapter 11

      **Debtor.**

**ORDER APPROVING SEVEN (7) DAY NEGATIVE NOTICE PERIOD
FOR DEBTOR'S MOTION TO OBTAIN POST-PETITION FINANCING**

      This day the Court considered the Debtor's Motion to Obtain Post-Petition Financing under 11 U.S.C. § 364 from WEX Fleet One Factoring.  For the reason as set forth in the Motion, the Court does hereby ORDER that the Debtor is authorized to shorten the notice period required by the Bankruptcy Rule from twenty-one (21) days to seven (7) days.  The Notice of the Motion and proposed Order shall be limited to major secured creditors, taxing authorities, the Office of the U.S. Trustees and those creditors that normally receive electronic notice of filings in this case by virtue of ECF.

Prepared by:

/s/ Joseph W. Caldwell
Joseph W. Caldwell (State Bar #586)
Caldwell & Riffee
3818 MacCorkle Avenue, SE
P. O. Box 4427
Charleston, WV 25364
(304) 925-2100 (Voice)
(304) 925-2193 (Facsimile)
Email jcaldwell@caldwellandriffee.com
Counsel for Debtor